FILED

2022 MAY 31 AM 9: 15

MJ 22-02130

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | FBGY0086/0087-NSA |
| v. | |
| THOMAS H. PHAN | DECLARATION RE |
| DEFENDANT(S) | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __ORDER OF THE COURT__
in the _____ District of __NEVADA__ on __4/21/2021__
at __9:48__ ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about __8/23/2020__
in violation of Title __18__ U.S.C., Section(s) __3146__
to wit: __FTA FOR INITIAL APPEARANCE AND BOTH CITATIONS ARE A MANDATORY APPEARANCE__

A warrant for defendant's arrest was issued by: __J. RIES, DEPUTY CLERK__

Bond of $ __N/A__ was ☐ set / ☐ recommended.

Type of Bond: __N/A__

Relevant document(s) on hand (attach): __ARREST WARRANT AND VIOLATION NOTICE__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __5/31/22__
Date

_____          Killianne Sath
Signature of Agent                Print Name of Agent

U.S. Marshals Service             Deputy U.S. Marshal
Agency                            Title

CR-53 (03/20)         DECLARATION RE OUT-OF-DISTRICT WARRANT